UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ADINA'S JEWELS INC.,                              :
                                                  :
                Plaintiff,         :        **ORDER**
                                                  :
      v.                                  :        19 Civ. 8511 (AKH)
                                                  :
SHASHI, INC.,                                     :
                                                  :
                Defendant.         :
                                                  :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On February 27, 2020 I iss.  On November 2, 2020 I issued an order granting Defendant's motion to dismiss.  ECF No. 28.  Accordingly, the Clerk shall mark the case closed.

SO ORDERED.

Dated:  New York, New York
         March 17, 2022

                                                     _____/s/_____
                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge